1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
   Timothy Smith,                    )    No.  CV-17-02472-PHX-SPL (DMF)
9                                     )
                   Plaintiff,         )
10                                    )    **ORDER**
   vs.                               )
11                                    )
   Thomas R. Kane, et al.,           )
12                                    )
                   Defendants.        )
13                                    )
                                      )
14 _____ )

15         On July 24, 2017, Plaintiff Timothy Smith, who is confined in the Sheridan
16 Federal Correction Institution, filed a *pro se* civil rights Complaint pursuant to *Bivens v.*
17 *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) (Doc.
18 1). Plaintiff filed a First Amended Complaint (Doc. 4) on September 5, 2017, which was
19 screened and dismissed in part on September 19, 2017 (Doc. 5).

20         Plaintiff has filed a "Motion Requesting Permission to File Second Amended
21 Complaint and Request Appointment of Counsel" (Doc. 6), and lodged a proposed
22 Second Amended Complaint (Doc. 7).  On November 16, 2017, the Honorable Charles R.
23 Pyle, United States Magistrate Judge, issued a Report and Recommendation ("R&R")
24 (Doc. 8), recommending that the motion for leave be denied. Judge Pyle reasoned that the
25 Second Amended Complaint was duplicative of the First Amended Complaint, that
26 Plaintiff had failed to correct the deficiencies in the First Amended Complaint, and that
27 the Second Amended Complaint failed to state a claim. (Id.) Plaintiff has filed an
28 objection to the R&R. (Doc. 14.)

The Court has carefully reviewed the record as a whole, and is in agreement with Judge Pyle's recommendation and his supporting reasoning. As explained in the R&R, the proposed Second Amended Complaint fails to cure the deficiencies previous identified and fails to state a claim for relief. The Court will therefore adopt the R&R and deny Plaintiff's motion for leave to amend. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Finding none of Plaintiff's objections have merit, the R&R will be adopted in full. Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 8) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that the Motion Requesting Permission to File Second Amended Complaint and Request Appointment of Counsel (Doc. 6) is **denied**.

Dated this 29th day of May, 2018.

Honorable Steven P. Logan
United States District Judge